S. B. CHANCEY v. NORFOLK AND WESTERN RAILWAY COMPANY.

(Filed 29 March, 1916.)

**Courts—Amendments—Summons—Jurisdiction—Venue—Appeal and Error.**

> The original summons in this case was directed to the defendant "railroad" company, and it is held that no error was committed by the trial judge in allowing an amendment thereof to correctly issue to the defendant "railway" company, and serving it as an alias summons, and this action is not appealable.

APPEAL from order of *Daniels, J.,* November Term, 1915, of COLUMBUS, upon motion of defendant to dismiss for want of service.

The court permitted an amendment to the original summons by striking out the word *railroad* and substituting *railway,* and made an order that an alias summons be issued and served upon the Norfolk and Western Railway. The defendant appealed.

*Rountree, Davis & Carr, Guthrie & Guthrie, Theo. W. Reath for defendant.*

*No counsel for plaintiff.*

PER CURIAM.   Allowing the amendment to the summons was a matter within the sound discretion of the judge.   The summons had been served on the agent of the Norfolk and Western Railway.   The original summons was directed to the Norfolk and Western Railroad.   His Honor very properly allowed the amendment.   As the court ordered an alias summons, no question of jurisdiction or venue arises now.   The order amending summons and ordering an alias is not appealable.  ·

Appeal dismissed..